IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMONA MILLER, | |
| Plaintiff, | |
| vs. | Civil Action No.  2:21-cv-1631 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

**COMPLAINT**

AND NOW, comes the Plaintiff, RAMONA MILLER, by and through her attorney, Brian Patrick Bronson, Esquire, and the law firm of QuatriniRafferty, P.C., and files this Complaint in Civil Action in the Federal District Court for the Western District of Pennsylvania, stating as follows:

**INTRODUCTION**

**NATURE OF THIS ACTION**

1. This action is filed pursuant to the Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. (hereinafter referred to as "ERISA") and the Declaratory Judgment Act, 28 U.S.C. §§2201, 2202.  Ms. Ramona Miller (hereinafter "Plaintiff") is a participant in an employee welfare benefit plan (hereinafter referred to as "The Plan") which is administered pursuant to an insurance policy issued by Life Insurance Company of North America.  The Plan is governed by ERISA.  Plaintiff is a beneficiary under the Plan. This Complaint challenges the Plan's unlawful practice of failing to provide

Plaintiff with the timely payment of Long Term Disability benefits under the Plan. Specifically, Plaintiff is filing this action to enforce her rights under the Plan and for attorney fees, interest and costs as provided by ERISA.

## JURISDICTION AND VENUE

2. This Court has Original Jurisdiction to hear this Complaint and to adjudicate the claims herein pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132.

3. Venue is proper in this Court, as the Plan was administered in the Western District of Pennsylvania.

## PARTIES

4. The Plaintiff, Ramona Miller, resides at 1606 Norwalk Street, Pittsburgh, PA 15205, Allegheny County.

5. The Defendant, Life Insurance Company of North America, is the Claims Administrator of Long Term Disability claims, and is located at 1601 Chestnut Street, Philadelphia, PA 19192.

6. Defendant administered employee benefits, mainly Long Term Disability benefits, under the Plan in accordance with the insurance policy issued to the Plan by the Claims Administrator.

## STATEMENT OF FACTS

7. The Plaintiff, Ms. Ramona Miller, last worked for Cigna as a Policyholder - Information Clerk on or about October 27, 2016, wherein she stopped working due to

diagnoses, symptoms, and functional limitations of Breast Cancer; Asthma; Depression; PTSD; Anxiety; Spinal Stenosis; Hypothyroidism; Pre-Diabetic; Iron Deficiency; Anemia; IBS with Constipation; Fatigue; Lower Back Pain; Joint Aches and Pains; Cognitive Changes after Chemotherapy; Possible Mild Lupus; Positive Antinuclear Antibody.

8. By letter dated April 18, 2017, Defendant approved Plaintiff's claim for Long Term Disability benefits.

9. By letter dated June 25, 2020, Defendant denied Plaintiff's claim for Long Term Disability benefits.

10. Plaintiff, by and through her attorney, Brian Patrick Bronson, Esquire, filed a timely and responsive appeal by letter dated December 18, 2020.

11. By letter dated May 4, 2021, Defendant upheld their decision to deny Plaintiff's claim for Long Term Disability benefits beyond June 25, 2020.

12. The Social Security Administration found Plaintiff to be disabled under their rules on October 26, 2016, and Plaintiff was awarded Social Security Disability benefits beginning in April 2017. The Plaintiff continues to receive Social Security Disability benefits in an uninterrupted fashion.

**CAUSE OF ACTION**

**Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq.**

13. Paragraphs 1 through 12 are incorporated herein as if set forth at length.

14. Plaintiff has exhausted all administrative remedies and mandatory appeals as required by the Plan and ERISA 29 U.S.C. §1001 et seq.

15. At all times relevant to this action, the Plaintiff has been unable to perform the material duties of any gainful occupation due to diagnoses, symptoms, and

functional limitations of Breast Cancer; Asthma; Depression; PTSD; Anxiety; Spinal Stenosis; Hypothyroidism; Pre-Diabetic; Iron Deficiency; Anemia; IBS with Constipation; Fatigue; Lower Back Pain; Joint Aches and Pains; Cognitive Changes after Chemotherapy; Possible Mild Lupus; Positive Antinuclear Antibody.

16. The Defendant's actions in denying Plaintiff benefits under the Plan constitutes a violation of 29 U.S.C. § 1132(3)(B)(ii) .

17. The Defendant ignored pertinent medical evidence and failed to evaluate all of the evidence of record including the medical of Plaintiff's treating physicians.

18. The Defendant did not conduct a full and fair review of the claim as required by ERISA.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs respectfully prays that the Court issue an Order:

(1) Awarding, declaring or otherwise providing Plaintiff all relief to which Plaintiff is entitled under ERISA Section 502 Paragraph (a) 29 U.S.C. Section 1132(a);

(2) Awarding pre and post judgment interests;

(3) Awarding Plaintiff the costs of this action and reasonable attorneys fees;

(4) Awarding such other relief as may be just and reasonable.

/s/ Brian Patrick Bronson, Esquire
Brian Patrick Bronson, Esquire (Pa #89035)
QuatriniRafferty, P.C.
550 East Pittsburgh Street
Greensburg, PA  15601
Phone:  (724) 837-0080
Fax:  (724) 837-1348
E-mail:  bpb@qrlegal.com

Dated:   November 10, 2021